**Motion Granted; Appeal Dismissed and Memorandum Opinion filed April 10, 2014.**



In The

# Fourteenth Court of Appeals

## NO. 14-13-01007-CR

**SHAINA LEE-ANN COLEMAN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 122nd District Court
Galveston County, Texas
Trial Court Cause No. 10CR0905**

## M E M O R A N D U M   O P I N I O N

A written motion to dismiss this appeal, personally signed by appellant, has been filed with this Court. *See* Tex. R. App. P. 42.2. Because this Court has not delivered an opinion, we grant appellant's motion.

Accordingly, we order the appeal dismissed. We direct the Clerk of the Court to issue the mandate of the Court immediately.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Donovan and Brown.
Do Not Publish — Tex. R. App. P. 47.2(b)